UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE HARTFORD ROMAN CATHOLIC : 
DIOCESAN CORP., :
                            :   CIVIL ACTION
      Plaintiff, :   NO. 3:12-CV-01641 (JBA)
                            :
v.                          :
                            :
INTERSTATE FIRE & CASUALTY CO., :
                            :
      Defendant. :   JUNE 11, 2015

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Amended Scheduling Order dated April 6, 2015, Plaintiff The Hartford Roman Catholic Diocesan Corporation ("Archdiocese") and Defendant Interstate Fire & Casualty Co. ("Interstate") submit a joint status report in advance of the Court's conference scheduled for June 16, 2015.

I.    STATUS OF CASE

As of this writing, the parties have finished promulgating written discovery and have complied with all orders for in camera review. They are in the process of taking depositions of fact witnesses and expect to conduct expert discovery after that.

II.    REFERRAL FOR SETTLEMENT

The parties mediated before Special Master Gary Klein in May 2014 and left open the possibility of returning to mediation once fact discovery is complete.

III.    TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not agree to try this case before a Magistrate Judge.

IV.    ESTIMATED LENGTH OF TRIAL

The parties estimate two weeks for trial, which has been scheduled to begin on

January 4, 2016.

PLAINTIFF – THE HARTFORD ROMAN
CATHOLIC DIOCESAN CORP.

By ___/s/ Elizabeth J. Stewart_____
     Elizabeth J. Stewart - ct01316
     estewart@murthalaw.com
     Marilyn B. Fagelson - ct17202
     mfagelson@murthalaw.com
     Melissa A. Federico - ct28278
     mfederico@murthalaw.com

Murtha Cullina LLP
One Century Tower
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone:  203-772-7700
Facsimile:    203-772-7723
Its Attorneys

DEFENDANT-INTERSTATE FIRE &
CASUALTY COMPANY

By ___/s/ Rhonda J. Tobin_____
     Rhonda J. Tobin – ct07755
     rtobin@rc.com
     Stephen O. Clancy – ct27617
     sclancy@rc.com

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone:  860-275-8367
Facsimile:    860-275-8299
Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2015, the foregoing Parties' Status Report was filed electronically.  Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

__/s/ Elizabeth J. Stewart_____
Elizabeth J. Stewart