UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD ROMAN CATHOLIC DIOCESAN CORP., | |
| Plaintiff, | CIVIL ACTION NO. 3:12-CV-01641 (JBA) |
| v. | |
| INTERSTATE FIRE & CASUALTY CO., | |
| Defendant. | AUGUST 7, 2015 |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Amended Scheduling Order dated April 6, 2015, Plaintiff The Hartford Roman Catholic Diocesan Corporation ("Archdiocese") and Defendant Interstate Fire & Casualty Co. ("Interstate") submit a joint status report in advance of the Court's conference scheduled for August 12, 2015.

I. STATUS OF CASE

The parties have completed written discovery and have taken depositions of all fact witnesses. Interstate has deposed the expert witnesses disclosed by the Archdiocese. Interstate's expert disclosures are due by August 12, 2015 and depositions of those experts are to be completed by September 9, 2015.

A dispute has arisen concerning the production of previously redacted documents produced by the plaintiff, and plaintiff's counsel's instruction to the plaintiff's Rule 30(b)(6) witness not to answer certain questions about those documents. Counsel for the parties have met and conferred regarding these issues

and have been unable to reach an agreement, so Interstate Fire & Casualty Company is preparing a motion to compel with respect to this discovery, which it anticipates filing on Monday, August 10, 2015. Additionally, motions for summary judgment are to be filed by August 31, 2015.

II.   REFERRAL FOR SETTLEMENT

The parties mediated before Special Master Gary Klein in May 2014 and left open the possibility of returning to mediation once discovery was complete.  The parties have begun to discuss whether mediation would be productive at this time.

III.   TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not agree to try this case before a Magistrate Judge.

IV.   ESTIMATED LENGTH OF TRIAL

The parties estimate two weeks for trial, which has been scheduled to begin on January 4, 2016.

PLAINTIFF – THE HARTFORD ROMAN CATHOLIC DIOCESAN CORP.

By   /s/ Elizabeth J. Stewart
    Elizabeth J. Stewart - ct01316
    estewart@murthalaw.com
    Marilyn B. Fagelson - ct17202
    mfagelson@murthalaw.com
    Melissa A. Federico - ct28278
    mfederico@murthalaw.com

Murtha Cullina LLP
One Century Tower
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone:  203-772-7700
Facsimile:   203-772-7723
Its Attorneys


DEFENDANT-INTERSTATE FIRE & CASUALTY COMPANY

By   /s/ Rhonda J. Tobin
    Rhonda J. Tobin – ct07755
    rtobin@rc.com
    Stephen O. Clancy – ct27617
    sclancy@rc.com

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone:  860-275-8367
Facsimile:   860-275-8299
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2015, the foregoing Parties' Status Report was filed electronically. Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Elizabeth J. Stewart
    Elizabeth J. Stewart