UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE HARTFORD ROMAN CATHOLIC DIOCESAN CORP., | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:12-CV-01641 (JBA) |
| v. | : : : | |
| INTERSTATE FIRE & CASUALTY CO., | : : : | |
| Defendant. | : | NOVEMBER 20, 2015 |

## JOINT MOTION FOR ONE WEEK CONTINUANCE OF TRIAL

The parties jointly move that the court continue the trial scheduled to begin on January 4, 2016 by one week, to January 11, 2016.  The case is currently scheduled to begin the first business day after the New Year, and many of the witnesses scheduled to testify in the case are unavailable during the last few weeks of December due to the holidays and vacation schedules.  This one week extension will allow the parties to meet with and prepare their witnesses during the week of January 4, 2016.

This is the parties' first request for a continuance of the trial.

-2-

PLAINTIFF – THE HARTFORD ROMAN CATHOLIC DIOCESAN CORP.


By      /s/ Elizabeth J. Stewart
    Elizabeth J. Stewart - ct01316
    estewart@murthalaw.com
    Marilyn B. Fagelson - ct17202
    mfagelson@murthalaw.com
    Melissa A. Federico - ct28278
    mfederico@murthalaw.com

Murtha Cullina LLP
One Century Tower
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone:  203-772-7700
Facsimile:   203-772-7723
Its Attorneys



DEFENDANT-INTERSTATE FIRE & CASUALTY COMPANY


By      /s/ Rhonda J. Tobin
    Rhonda J. Tobin – ct07755
    rtobin@rc.com
    Stephen O. Clancy – ct27617
    sclancy@rc.com
    Jessica A.R. Hamilton – ct29702
    jhamilton@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, the foregoing Joint Motion for One Week Continuance of Trial was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


    /s/ Rhonda J. Tobin  
Rhonda J. Tobin