HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Patty Villano    RPTR/ECRO/TAPE: Julia Cashman
TOTAL TIME: 1 hours 03 minutes
DATE: 4/7/2016    START TIME: 9:38 am    END TIME: 10:41 am
LUNCH RECESS    FROM:    TO:
RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 3:12cv1641 (JBA)

Hartford Roman Catholic Diocesan Corp.

vs

Interstate Fire & Casualty Co.

E. Stewart/M. Fagelson/M. Federico
Plaintiff's Counsel

R. Tobin/S. Clancy/J. Hamilton
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [ ] ..........Jury of _____ reported. [ ] Jury sworn
- [ ] ..........Juror # _____ excused.
- [ ] ..........Jury Trial held [ ] Jury Trial continued until _____ at _____
- [✓] .......... [✓] Court Trial begun [ ] Court Trial held [✓] Court Trial continued until 4/8/16 at 9:30 am
- [ ] ..........Court Trial concluded [ ] DECISION RESERVED    over objection
- [✓] ....# 214 Motion for Leave to file Amended Answer & Spec. Defenses  [✓] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...... _____  [ ] filed [ ] docketed
- [ ] ...... _____  [ ] filed [ ] docketed
- [ ] ...... _____  [ ] filed [ ] docketed
- [ ] ...... _____  [ ] filed [ ] docketed
- [ ] ...... _____  [ ] filed [ ] docketed
- [ ] ..........Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] ..........Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] ..........[ ] Summations held [ ] Court's Charge to the Jury
- [ ] ..........All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] ..........Jury commences deliberations at _____
- [ ] ..........Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] ..........SEE page 2 for verdict
- [ ] ..........COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS