HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Patty Villano       RPTR/ECRO/TAPE: Julia Cashman
TOTAL TIME: 2 hours 26 minutes
DATE: 4/28/2016   START TIME: 9:36 am   END TIME: 12:02 pm
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:12cv1641 (JBA)

Hartford Roman Catholic Diocesan Corp.

vs

Interstate Fire & Casualty Co.

E. Stewart/M. Fagelson/M. Federico
Plaintiff's Counsel

R. Tobin/S. Clancy/J.Hamilton
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- ☐ ........Jury of _____ reported.  ☐ Jury sworn
- ☐ ........Juror # _____ excused.
- ☐ ........Jury Trial held  ☐ Jury Trial continued until _____ at _____
- ☐ ........ ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until _____
- ☑ ........Court Trial concluded  ☑ DECISION RESERVED   over objection
- ☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ......  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ......  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ......  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ......  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ......  _____  ☐ filed ☐ docketed
- ☐ ......  _____  ☐ filed ☐ docketed
- ☐ ......  _____  ☐ filed ☐ docketed
- ☐ ......  _____  ☐ filed ☐ docketed
- ☐ ......  _____  ☐ filed ☐ docketed
- ☐ ........Plaintiff(s) rests  ☐ Defendant(s) rests
- ☐ ........Briefs(s) due ☐ Pltf _____  ☐ Deft _____  ☐ Reply _____
- ☑ ........☑ Summations held  ☐ Court's Charge to the Jury
- ☐ ........All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
- ☐ ........Jury commences deliberations at _____
- ☐ ........Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- ☐ ........SEE page 2 for verdict
- ☐ ........COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____