UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE HARTFORD ROMAN CATHOLIC
DIOCESAN CORPORATION,

     V.                                                    CIVIL NO.   3:12cv1641 (JBA)

INTERSTATE FIRE AND CASUALTY
COMPANY,

## J U D G M E N T

This matter came on for trial before the Honorable Janet Bond Arterton, United States District Judge.   On July 28, 2016, a Memorandum of Decision entered finding judgment in favor of the plaintiff for compensatory damages on Count One in the amount of $738,738.22, plus prejudgment interest in the amount of $206,526.89 (which includes $33,796.75 for KS, $27,576.16 for JA, $84,868.62 for Mr. Doe, and $60,285.36 for Mr. Mallory) for the period up to January 2016, and interest at the rate equal to the Archdiocese's quarterly earnings thereafter until the date of the Memorandum, to be documented by the Archdiocese within 10 days of the Memorandum.   Therefore, it is hereby;

ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, The Hartford Roman Catholic Diocesan Corporation, against the defendant, Interstate Fire and Casualty Company, in the total amount of $945,265.11 plus 2016 interest, and the case is closed.

Dated at New Haven, Connecticut this 1st day of August, 2016.

                                                                   ROBIN D. TABORA, Clerk
                                                                     By:

                                                                     /s/ Patricia A. Villano
EOD: 8/1/2016                                         Deputy Clerk